THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS G. ALVORD, JR., Appellant.

(Argued October 20, 1930; decided November 18, 1930.)

*Clarence L. Crabb* for appellant.

*Melvin F. Kinkley, District Attorney*, for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.